For Clerk's Office Use

| Judge | Recd Date | Grv. |
|---|---|---|
| M | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Adam D. Toghill

**PRISONER NO.:** 2012-03737 / PCP-026884

**PLACE OF CONFINEMENT:** Central Virginia Regional Jail

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
OCT 21 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Adam Darrick Toghill
Enter Full Name         Plaintiff

VS.

Patrick Siewert (LCS) / Louisa Co. Sheriff Dept
Charlottesville PD / Albemarle Co. Sheriff / Commonwealth of Virginia
Enter Full Name(s)      Defendant(s)

**CIVIL ACTION NO.** 7:13CV00490

A.   Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   __X__ Yes          _____ No

B.   If your answer to A is Yes, describe the action in the space below.

   1.   Parties to the Action: Commonwealth of Virginia

   2.   Court: VA Court of Appeals
   3.   Docket No.: 2230-12-2
   4.   Judge: Pending
   5.   Disposition: Pending

   (For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.   Have you filed any grievances regarding the facts of your complaint?

   Yes _____   No __X__

   1.   If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

   2.   If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D. Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

I WAS ARRESTED, TRIED AND CONVICTED UNDER VA §18.2-374.3 (C)(5), IN SPECIFIC SOLICITATION OF A MINOR TO COMMIT ORAL SODOMY. THE PREDICATE FELONY §18.2-361(A) IS UNCONSTITUTIONAL AS STATED BY

~~Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.~~

4th Circuit Court of Appeals in MacDonald v. Moose Record # 11-7427 3/12/13. AS SUCH, SIEWERT (ET AL) VIOLATED CLEARLY ESTABLISHED CONSTITUTIONAL RIGHTS WHICH A REASONABLE PERSON

~~Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.~~

WOULD HAVE KNOWN. MY ARREST WAS A RESULT OF A STING OPERATION RUN BY SIEWERT IN ACCORD WITH LOUISA/CHARLOTTESVILLE/ALBEMARLE. VIOLATION OF DUE PROCESS RIGHTS.

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

COMPENSATORY DAMAGES (LOST WAGES/BENEFITS/LEGAL FEES) SINCE 4/1/11.
PUNITIVE DAMAGES (MENTAL ANGUISH/REPUTATION/FUTURE EMPLOYMENT)

SIGNED THIS __3rd__ DAY OF __October__, 20_13_.

(Signature of Each Plaintiff)

**VERIFICATION:**

I, __Adam Toghill__, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: __10/3/13__   SIGNED: __Adam D Toghill__

TOGHILL, CVRS 'A'
13021 JAMES MADISON HWY
ORANGE, VA 22960

**RECEIVED**
OCT 21 2013
USDC Clerk's Office
Mail Room

Central Virginia Regional Jail neither censored nor inspected this item therefore Central Virginia Regional Jail does not assume responsibility for its content.

CLERK, US DISTRICT COURT
PO BOX 1234
ROANOKE, VA 24006-1234

NOTIFY SENDER OF NEW ADDRESS
US DISTRICT COURT CLERKS OFC
210 FRANKLIN RD SW STE 540
ROANOKE VA 24011-2208

Equality FOREVER