IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADAM DARRICK TOGHILL, | ) | |
|    Plaintiff, | ) | Civil Action No. 7:13cv00490 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| PATRICK SIEWART, *et al.*, | ) | By: Norman K. Moon |
|    Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

    **ENTER**: This 6th day of November, 2013.

                                              */s/ Norman K. Moon*
                                            NORMAN K. MOON
                                            UNITED STATES DISTRICT JUDGE